IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAGGED, INC., a Delaware corporation,

    Plaintiff,

  v.

DOES 1 THROUGH 10 as affiliate programs for XXXBLACKBOOK.COM, and DOES 11 through 500 as affiliate spammers for XXXBLACKBOOK.COM,

    Defendants.

No. C 09-01713 WHA

**ORDER DENYING REQUEST FOR RELIEF FROM CASE MANAGEMENT CONFERENCE AND INITIAL DEADLINES**

    The Court **DENIES** without prejudice to consideration of the general issues at the case management conference on **JULY 30, 2009, AT 11:00 A.M** in Courtroom 9.

**IT IS SO ORDERED.**

Dated: July 24, 2009.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE