IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TAGGED INC., a Delaware corporation,

    Plaintiff,

  v.

DOES 1 THROUGH 10 as affiliate programs for XXXBLACKBOOK.COM, and DOES 11 through 500 as affiliate spammers for XXXBLACKBOOK.COM,

    Defendants.
                                 /

No. C 09-01713 WHA

**ORDER SETTING CASE MANAGEMENT CONFERENCE**

A case management conference is set for **NOVEMBER 19, 2009, AT 11:00 A.M.**

Please file a joint case management statement at least seven days prior.

**IT IS SO ORDERED.**

Dated: July 30, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE