```
 1  JASON A. YURASEK (SBN 202131)
    E-mail: JYurasek@perkinscoie.com
 2  BRIAN P. HENNESSY (SBN 226721)
    E-mail: BHennessy@perkinscoie.com
 3  PERKINS COIE LLP
    101 Jefferson Drive
 4  Menlo Park, CA 94025-1114
    Telephone: (650) 838-4300
 5  Facsimile: (650) 838-4350
 6
    Attorneys for Plaintiff
 7  Tagged, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Tagged, Inc., a Delaware corporation,<br><br>                                Plaintiff,<br><br>            v.<br><br>Does 1 through 10 as Affiliate Programs for XXXBLACKBOOK.COM, and Erik Vogeler and Does 11 through 500 as Affiliate Spammers for XXXBLACKBOOK.COM,<br><br>                                Defendants. | Case No. CV-09-1713 WHA<br><br>**DECLARATION OF DEVIN DWORAK IN SUPPORT OF PLAINTIFF TAGGED, INC.'S NOTICE OF MOTION AND MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ERIK VOGELER** |
|---|---|

I, Devin Dworak, declare as follows:

1.  I am over 18 years of age and make this Declaration based upon personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I am an employee and Director of Business Operations of Tagged Inc. ("Tagged"), in San Francisco, California in the United States. I make this declaration based upon personal knowledge and am competent to testify to the facts set forth herein.

3. As Director of Business Operations, my job duties include business operations for Tagged, including strategizing and implementing spam mitigation efforts. I am familiar with the operation of Tagged's computer network and servers, the Tagged.com website, and the various technological measures and resources that Tagged employs to prohibit unsolicited commercial communications and uses of Tagged's system that are in contravention of its Terms of Service ("Terms").

4. Tagged's headquarters are in San Francisco, California, and all of Tagged's servers, which house all of Tagged's electronic user accounts and user information, are located in California.

5. I am also familiar with Tagged's Terms. Attached as Exhibit A is a true and correct copy of Tagged's Terms. Tagged's services and its website are governed by the Tagged Terms. Users must register with Tagged and agree to its Terms before being granted full access to the Tagged website. As part of the registration process, users are required to accept Tagged's online Terms. If a user does not accept the Terms, then the user cannot create a user account or otherwise send a communication on Tagged.com.

6. The registration process is one method by which Tagged limits access to its website and services and works to provide users with a safe and enjoyable experience.

7. Once the registration process is complete, the Tagged user is permitted to access the member-only features of Tagged services, which includes the ability to communicate with other Tagged users through Tagged.com. Tagged users can communicate with each other through a variety of methods, including sending an internal message to another user's Tagged inbox ("Message") and posting a comment to another user's Tagged Profile ("Comment").

8. Messages can only be viewed by the registered Tagged user to whom they are sent. Messages are routed to the Tagged user by using the unique Tagged User ID numbers assigned to the sender and recipient. Once delivered, Messages are displayed in the user's inbox with a

1  "from" line that contains the sender's display name, a "to" line, the date and time the Message
2  was sent, a "subject" line, and the content of the Message.

3       9. Every time a user logs on to Tagged.com, he or she accesses Tagged's California
4  servers.

5       10. Every time a user sends, reads, or replies to a Message while logged in to a
6  Tagged.com account, that Message travels through and resides on Tagged's California servers.

7       11. Tagged employs various technological security measures to stop unsolicited
8  commercial communications from being sent to Tagged.com users. One such security measure is
9  a limit to the number of Messages that can be sent from a single user's account in a given period
10 of time. Another security measure is spam detection software that is capable of identifying and
11 counting the number of times a particular URL is used in communications between Tagged users
12 on Tagged.com. This spam detection software can generate reports containing samples of
13 communications that contain a particular URL. Tagged also has other software that has the
14 capability of blocking messages that contain strings of characters.

15      12. On or about July 16, 2009, I learned that numerous Messages had been and were
16 being sent through Tagged.com that contained the URL to the website located at
17 http://www.uscoesdatingforlove.com. Through the course of my investigation, I learned that at
18 least 4,273 Messages containing the URL to http://www.uscoesdatingforlove.com had been sent
19 from multiple Tagged user accounts.

20      13. On or about July 16, 2009, I went to the URL
21 http://www.uscoesdatingforlove.com contained in one of the spam Messages and was
22 automatically re-directed to xxxblackbook.com.

23      14. On or about July 16, 2009, I used Tagged's spam software to block Messages
24 containing the string "uscoesdatingforlove.com", so that Tagged users would not receive any
25 additional spam Messages containing this domain.

26      15. Tagged servers save copies of all Messages sent through the Tagged system. As
27 part of Tagged's spam related investigations, I had a search initiated for all Tagged Messages
28 containing the string uscoesdatingforlove.com. Due to the extremely large volume of data

1 retained by Tagged, this search will take more than one week of constant running to complete and
2 Tagged was not able to complete this comprehensive search prior to the date I signed this
3 declaration.

4     16. Nevertheless, Tagged has evidence of the substantial spamming activity for two of
5 the user accounts from which spam Messages containing the URL
6 http://www.uscoesdatingforlove.com were sent. Attached as Exhibits B and C is a true and
7 correct copy of the account information for two of the accounts used to send spam containing the
8 http://www.uscoesdatingforlove.com URL. This information includes the Tagged user's
9 "Profile" information, which contains the identifying information that the user entered when the
10 user registered for Tagged.com (including the user's first name, last name, gender, birthdate,
11 email address, and address) and the user's "Login History," which contains the date, time, and IP
12 address used to access Tagged.com.

13     17. Below is the Profile information, included in Exhibit B, for Tagged User ID
14 number 5416647299, which contains a display name of "Paula J."

```
First Name       Paula
Last Name        Jette
Display Name     Paula J
User Id          5416647299
Gender           F
Birthdate        Jul 8, 1986
Email            lilafavida@hotmail.com
Address          Fairhaven, MD, United States
Date Registered  Apr 7, 2009
Paying Member    No
Date Canceled    Not canceled
Cancelation      NOT_CANCELED
```

    18. Below is the Profile information, included in Exhibit C, for Tagged user ID
number 5416533231, which contains a display name of "Jennifer H."

```
First Name       Jennifer
Last Name        Hernandez
Display Name     Jennifer H
```

|   |   |
|---|---|
| User Id | 5416533231 |
| Gender | F |
| Birthdate | Jul 8, 1986 |
| Email | martinadavyd@hotmail.com |
| Address | Long Boat Key, FL, United States |
| Date Registered | Apr 7, 2009 |
| Paying Member | No |
| Date Canceled | Not canceled |
| Cancelation | NOT_CANCELED |

19. The Tagged "User ID" displayed in both examples above (and included in Exhibits B and C) is the identification number assigned to the particular user by the Tagged database. The "Display Name" is the name that appears in the "from" line of all Messages sent by the Tagged user.

20. After retrieving the Profile information and Login History for each account, I then conducted a search for all Messages sent from both of these Tagged accounts, which retrieved the following information: (a) the "from" line of each Message; (b) the "to" line of each Message; (c) the "subject" line of each Message; (d) the date and time each Message was sent; (e) the content of each Message. Attached as Exhibits D and E is a true and correct copy of each of the search results containing said information for each of the two exemplar accounts.

21. In reviewing Exhibits D and E, I noticed that after Tagged blocked all Tagged Messages containing the string "uscoesdatingforlove.com", the spammers substituted a URL for a webpage hosted by Google as the initial landing page in their spamming scheme. Because of the large number of legitimate webpages hosted by Google, it is not practicable for Tagged to block all Google URLs. Spammers know this and are increasingly using such tactics in an attempt to circumvent Tagged's technological measures.

22. Although the Tagged user's inbox displays the sender's Display Name in the "from" line, the report records the unique Tagged User ID for the sender and recipient. So, for instance, the database report produced the following Message for Tagged User ID 5416647299 (which is included in Exhibit D):

| From: | To: | Date: | Subject: | Content of Message |
|---|---|---|---|---|
| 5416647299 | 1111600093 | Jul 16, 2009 11:20:14 AM | what`s up | hellllo :] you sure look hot! I have some new pics of me too would love if u could check and rate them- http://www.uscoesdatingforlove.com/user/stacyatl21 My username is |

23. However, when a Tagged user views their inbox, the Display Name is displayed in the "from," not the numeric Tagged User ID. Thus, by way of example, rather than displaying the Tagged User ID 5416647299 in the "from" line of the above sample Message, the Tagged user's inbox displayed the name "Paula J" in the "from" line (which is the Display Name associated with that Tagged User ID).

24. Thus, the "from" lines in the Messages sent to each of the Tagged recipients in Exhibit D stated "Paula J", and not Tagged User ID 5416647299. Likewise, the "from" lines in the Messages sent to each of the Tagged recipients in Exhibit E stated "Jennifer H", and not Tagged User ID 5416533231.

25. I conducted a search for any registered users with the name Erik Vogeler and there was no Tagged accounts registered under that name. Thus, none of the 4,273 Messages were sent from an account containing the name Erik Vogeler.

26. Based on my experience with computer systems and combating attempts to misuse and abuse Tagged's systems, I am able to recognize the evidence of the use of automated bots and/or other computer programs that are routinely used by spammers and hackers to create accounts and send large volumes of spam messages. Tell tale signs of bot use include creation of multiple accounts on the same date, accessing accounts from a wide variety of IP addresses, and sending large numbers of messages during a very short period of time. Here, it is apparent that the two exemplar accounts were likely created and controlled through the use of automated bots. The accounts were created on the same date and within mere seconds of each other (E.g., "Paula J" account created on 4/6/2009 5:52:43 PM and "Jennifer H" account created 4/6/2009 5:51:11 PM). The accounts list identical birthdays and most tellingly, the accounts were accessed using

1  the same IP address on the same date and time on more than one occasion.  (*E.g.*, "Jennifer H" account accessed on Jul 15, 2009 9:04:37 AM from IP address 69.64.78.5 and "Paula J" account accessed on Jul 15, 2009 9:04:38 AM from IP address 69.64.78.5; "Jennifer H" account accessed on Jul 16, 2009 9:43:18 AM from IP address 69.64.78.5 and "Paula J" account accessed on Jul 16, 2009 9:43:19 AM from IP address 69.64.78.5).

27.  Tagged has been significantly harmed as a result of spammers like Vogeler sending spam commercial messages through Tagged.com.  Such spam messages have injured Tagged by (a) causing Tagged to expend significant sums of money on expensive hardware and software to protect Tagged's users against spam messages; (b) causing Tagged to pay employees to monitor and prevent spam; (c) deterring users and potential users from using Tagged.com; and (d) damaging Tagged's good will and reputation with its customers.

28.  Tagged has incurred more than $5,000 in losses investigating and taking steps to prevent spam Messages.

29.  Each time a Tagged user logs on to Tagged.com to review, send or reply to a Message, he or she is doing so by accessing Tagged's California servers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: December 10, 2009

By: /s/ Devin Dworak

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

58520-0015/LEGAL17414880.4

-7-

CV-09-1713 WHA

DECLARATION OF DEVIN DWORAK IN SUPPORT OF DEFAULT JUDGMENT

DATED: December 10, 2009          **PERKINS COIE LLP**

By: /s/ Brian Hennessy
    Brian Hennessy (SBN 226721)
    BHennessy@perkinscoie.com

Attorneys for Plaintiff
Tagged Inc.