JASON A. YURASEK (SBN 202131)
E-mail: JYurasek@perkinscoie.com
BRIAN P. HENNESSY (SBN 226721)
E-mail: BHennessy@perkinscoie.com
**PERKINS COIE LLP**
101 Jefferson Drive
Menlo Park, CA 94025-1114
Telephone: (650) 838-4300
Facsimile: (650) 838-4350

Attorneys for Plaintiff
Tagged, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Tagged, Inc., a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Does 1 through 10 as Affiliate Programs for XXXBLACKBOOK.COM, and Erik Vogeler and Does 11 through 500 as Affiliate Spammers for XXXBLACKBOOK.COM,<br><br>　　　　　　Defendants. | Case No. CV-09-1713 WHA<br><br>**SUPPLEMENTAL DECLARATION OF DEVIN DWORAK IN SUPPORT OF PLAINTIFF TAGGED, INC.'S MOTION FOR DEFAULT JUDGMENT AGAINST DEFENDANT ERIK VOGELER**<br><br>Date:　　January 21, 2010<br>Time:　　8:00 a.m.<br>Dept:　　Courtroom 9, 19th Floor<br>Before: Honorable William H. Alsup |

　　　　I, Devin Dworak, declare as follows:

　　　　1.　　I am over 18 years of age and make this Declaration based upon personal knowledge of the facts set forth below except as to those matters stated on information and belief, and as to those matters, I believe them to be true. If called upon to testify, I could and would testify competently as to the matters set forth herein.

1      2.      I am an employee and Director of Business Operations of Tagged Inc. ("Tagged"), in San Francisco, California in the United States. I make this declaration based upon personal knowledge and am competent to testify to the facts set forth herein.

3.      As Director of Business Operations, my job duties include business operations for Tagged, including strategizing and implementing spam mitigation efforts. I am familiar with the operation of Tagged's computer network and servers, the Tagged.com website, and the various technological measures and resources that Tagged employs to prohibit unsolicited commercial communications and uses of Tagged's system that are in contravention of its Terms of Service ("Terms").

4.      On December 10, 2009, I executed a Declaration filed with this Court stating that through the course of my investigation, I learned that at least 4,273 Messages[1] containing the URL to http://www.uscoesdatingforlove.com had been sent from multiple Tagged user accounts. DE 37 ¶ 12. The Declaration also stated that due to the extremely large volume of data retained by Tagged, it would take more than one week of constant running to complete a comprehensive search to determine the total amount of Messages sent containing the URL to http://www.uscoesdatingforlove.com and that Tagged was not able to complete this comprehensive search prior to the date I signed said Declaration. DE 37 ¶ 15.

5.      Tagged has now completed the comprehensive search and I have reviewed the search results. Based on the search results, over 6,079 Messages containing the URL to http://www.uscoesdatingforlove.com were sent from multiple Tagged user accounts.

6.      Attached as Exhibit A is a true and correct copy of the "Profile" information for each Tagged user that sent five or more spam Messages containing the http://www.uscoesdatingforlove.com URL. The Profile information contains the identifying information that the user entered when the user registered for Tagged.com (including the user's first name, last name, gender, birthdate, email address, display name).

---

[1] As used herein, the term "Message" shall refer to any internal message sent from one Tagged user's Tagged.com electronic mailbox to another Tagged user's Tagged.com inbox.

1    7.   Attached as Exhibit B is a true and correct copy of each spam Message containing
2  the subject URL sent from the user accounts in Exhibit A.  The spam Messages contain the
3  following information: (a) the "from" line of each Message; (b) the "to" line of each Message; (c)
4  the "subject" line of each Message; (d) the date and time each Message was sent; (e) the content
5  of each Message.

6    8.   By way of example, below is the Profile information for Tagged User ID number
7  5416550299, which contains a display name of "Anna A," and which is the first Profile provided
8  in Exhibit A.

User Account #:   1

| | |
|---|---|
| First Name | Anna |
| Last Name | Aleman |
| Display Name | Anna A |
| User ID | 5416550299 |
| Gender | F |
| Birth Date | 7/8/1986 |
| Email | dianefizic@hotmail.com |
| Address | Pompano Beach, FL |
| Date Account Created | 4/7/2009 12:32:02 PM |
| IP Account Created | 174.36.139.222 |

9.   The Tagged "User ID" displayed in the example above (and included in Exhibit A) is the identification number assigned to the particular user by the Tagged database.  The "Display Name" is the name that appears in the "from" line of all Messages sent by the Tagged user.

10.   Although the Tagged user's inbox displays the sender's Display Name in the "from" line, the report records the unique Tagged User ID for the sender and recipient.  So, for instance, the database report produced the following Message for Tagged User ID 5416550299 (which is included in Exhibit B):

| Message # | From: | To: | Date Sent: | Subject | Content of Message |
|---|---|---|---|---|---|
| 1631 | 5416550299 | 11817956 | 7/16/2009 15:48:04 | hiya | yoo =) ur profile sure is cool! I have some new imgs of me too would love if u could check them. http://www.uscoesdatingforlove.com/user/sweetedenxx My username is |

11.     However, when a Tagged user views their inbox, the Display Name is displayed in the "from," not the numeric Tagged User ID.  Thus, by way of example, rather than displaying the Tagged User ID 5416550299 in the "from" line of the above sample Message, the Tagged user's inbox displayed the name "Anna A" in the "from" line (which is the Display Name associated with that Tagged User ID).

12.     Thus, the "from" lines in the Messages sent to each of the Tagged recipients in Exhibit B stated the Tagged User's Display Name, and not the Tagged User ID 5416550299.

13.     Based on my experience with computer systems and combating attempts to misuse and abuse Tagged's systems, I am able to recognize the evidence of the use of automated bots and/or other computer programs that are routinely used by spammers and hackers to create accounts and send large volumes of spam messages.  Telltale signs of bot use include creation of multiple accounts on the same date and sending large numbers of messages during a very short period of time.  Based on my review of the search results, it is likely that an automated computer program or bot was used to create the Tagged accounts and to send the spam Messages containing the http://www.uscoesdatingforlove.com URL.  The following facts support this conclusion:

(A) 179 of the 184 accounts were created within 12 minutes of each other (beginning on April 7, 2009 starting at 12:23:14 p.m. and ending on April 7, 2009 at 12:35:24 p.m.).  The remaining 5 accounts were all created on the same date within the same minute (April 15, 2009 at 8:13 a.m.).

(B) 179 of the accounts listed the identical birthday of July 8, 1986.

(C) The user names use a combination of the first names Anna, Genna, Jennifer, Martha, Mary and Paula and the last names Aleman, Baker, Fernandez, Hernandez, Jett, Jette, Pryor, and Thompson.

(D) Over the course of three days, from July 15, 2009 to July 18, 2009, over 6,079 spam messages were sent from these 184 user accounts.

(E) 244 of the spam Messages were sent on July 15, 2009 within 8 minutes of each other (from 9:52 a.m. to 10:00 a.m.); 127 spam Messages were sent on July 15, 2009 within 4 minutes of each other (from 3:00 p.m. to 3:04 p.m.); 3,010 spam Messages were sent on July 16, 2009

within one hour and eight minutes of each other (from 10:30 a.m. to 11:38 a.m.); 106 spam Messages were sent on July 16, 2009 within 24 minutes of each other (from 7:25 p.m. to 7:49 p.m.); 69 spam Messages were sent on July 16, 2009 within 8 minutes of each other (from 9:35 p.m. to 9:43 p.m.); 110 spam Messages were sent on July 17, 2009 within 9 minutes of each other (from 11:08 a.m. to 11:17 a.m.).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: January 7, 2010

By: /s/ Devin Dworak

I, Brian Hennessy, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

DATED:  January 7, 2010                **PERKINS COIE LLP**

By: /s/ Brian Hennessy
Brian Hennessy (SBN 226721)
BHennessy@perkinscoie.com

Attorneys for Plaintiff
Tagged Inc.

-5-   CV-09-1713 WHA

SUPPLEMENTAL DECLARATION OF DEVIN DWORAK IN SUPPORT OF DEFAULT JUDGMENT