IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAGGED, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>DOES 1 THROUGH 10 as affiliate programs for XXXBLACKBOOK.COM, and ERIK VOGELER and DOES 11 through 500 as affiliate spammers for XXXBLACKBOOK.COM,<br><br>Defendants.<br>       / | No. C 09-01713 WHA<br><br>**JUDGMENT** |

For the reasons stated in the default judgment order dated January 25, 2010, defendant Erick Vogeler and his agents, servants, employees, attorneys, affiliates, distributors, successors and assigns, and any other persons acting in concert or participation with them are hereby permanently enjoined from:

1. Initiating, originating, procuring, transmitting, sending, or causing to be sent commercial electronic messages or any other commercial communications on or through Tagged's computers, Tagged's website, or Tagged's networks;

2. Paying, inducing, persuading, facilitating, enticing, or causing others to initiate, originate, procure, transmit, send, or cause to be sent commercial electronic messages or any commercial communications on or through Tagged's computers, Tagged's website, or Tagged's networks;

| | |
|---|---|
| 3. | Accessing or attempting to access Tagged's website, networks, data, information, user information, profiles, computers and/or computer systems for commercial purposes; |
| 4. | Engaging in any activity that is intended to harm Tagged; |
| 5. | Circumventing technological measures that control access to Tagged's website and/or portions thereof, or inducing, encouraging, causing or materially contributing to any other person or entity to do the same; and |
| 6. | Misusing or abusing Tagged, the Tagged website, or Tagged services in any manner. |

Judgment is entered against defendant Erik Vogeler and in favor of plaintiff Tagged, Inc., for $151,975 in damages and $50,000 in attorney's fees and costs. The Court will retain jurisdiction to enforce the injunction, but the case may be otherwise closed for administrative purposes.

**IT IS SO ORDERED.**

Dated: January 25, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE